IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **JELLDIS ODILI GOMEZ ZEPEDA,** | * | |
| Petitioner, | * | |
| v. | * | Civ. No. DLB-25-3612 |
| **KRISTI NOEM,** *et al.*, | * | |
| Respondents. | * | |

**ORDER**

For the reasons stated on the record during the November 6, 2025 hearing on Jelldis Odili Gomez Zepeda's Motion for a Temporary Restraining Order, ECF 5, it is hereby ORDERED that:

1. Petitioner Jelldis Odili Gomez Zepeda's Motion for a Temporary Restraining Order, ECF 5, is GRANTED. For the reasons stated on the record, Gomez Zepeda has established the *Winter* factors. *See Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008) ((1) whether the petitioner is likely to succeed on the merits of her claim; (2) whether the petitioner is likely to suffer irreparable harm absent a temporary restraining order; (3) whether the balance of equities is in the petitioner's favor; and (4) whether issuance of a temporary restraining order is in the public interest).

2. The respondents are DIRECTED to release Gomez Zepeda from their custody no later than 3:00 p.m. today under the same conditions, if any, governing her previous release except the petitioner may be released subject to electronic monitoring.

3. The respondents are ENJOINED from removing Gomez Zepeda from the United States until the end of a hearing on the petition for a writ of habeas corpus, which is set for November 19, 2025 at 10:00 a.m. in the Greenbelt Courthouse.

4. The parties shall FILE a joint status report by November 7, 2025 at 12:00 p.m. that confirms the respondents' compliance with this Order and sets forth a briefing schedule on the petition.

Date: November 6, 2025

                                              Deborah L. Boardman
                                              United States District Judge