IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JELLDIS ODILI GOMEZ ZEPEDA, | * | |
| Petitioner, | * | |
| v. | * | Civ. No. DLB-25-3612 |
| KRISTI NOEM, *et al.*, | * | |
| Respondents. | * | |

ORDER

For the reasons stated on the record during the November 19, 2025 hearing, it is hereby ORDERED that:

1. Petitioner Jelldis Odili Gomez Zepeda's Petition for a Writ of Habeas Corpus, ECF 1, is GRANTED as to Count 1;

2. The respondents are DIRECTED to release Gomez Zepeda from detention;

3. Count 2 of the petition is MOOT and DISMISSED without prejudice; and

4. The Clerk SHALL CLOSE this case.

_____
Deborah L. Boardman
United States District Judge